10 CV. 8770

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Jason J. Coleman_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Newport Cigarettes_
_Malboro Cigarettes_
_Philip Morris USA_
_(FDA) Food and Drug Commission_
_Lt. Lorillard Co._

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No
(check one)

---

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Jason J. Coleman_
            Street Address _2235 8th Ave. Apt # 2J_
            County, City _New York, New York, Manhattan_
            State & Zip Code _New York, 10027_
            Telephone Number _(212) 663-5025_

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendants listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

RECEIVED
NOV 12 2010
PRO SE OFFICE

*Rev. 05/2007*                    1

*(Lorillard product)*

Defendant No. 1    Name _Newport Cigarettes (Philip Morris product)_
Street Address _601 W West Broad St  PO Box 26603_
County, City _Richmond    # Greensboro_
State & Zip Code _Virginia 23260    North Carolina 2742_
Telephone Number _1877 - 703 - 0386_

Defendant No. 2    Name _Malboro Cigarettes (Philip morris product)_
Street Address _6601 West Broad st_
County, City _Richmond_
State & Zip Code _Virginia 23260_
Telephone Number _____

Defendant No. 3    Name _Philip Morris (Usa an Altria Company_
Street Address _6601 West Broad St._
County, City _Richmond_
State & Zip Code _Virginia 23260_
Telephone Number _____

Defendant No. 4    Name _(FDA) Food and Drug Administration_
Street Address _Office of Science Center for Tobacco Product_
County, City _9200 Corporate Boulevard_
State & Zip Code _Maryland 20850_
Telephone Number _____

*more def bcb*

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions        ☑ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _The right that Consumer is usually right Dum process was violated by say Use of Cigarette prices, Right to Liberty_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _New York_
Defendant(s) state(s) of citizenship _Richmond Va, New York._
_Rest of Country_

### III.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? The events giving rise to my claim occured in New York and rest of United States

B.   What date and approximate time did the events giving rise to your claim(s) occur? 03 - Until current date is the approximate time that events here gives rise to my claim

C.   Facts: I am suing for the terrible up in prices of Newport and Marlboro Cigarettes. They now cost twelve dollars a pack and just three years ago they cost eight dollars a pack. The inflation is way out of control as well as commercials against cigarettes. The commercials are distressing. I went when to watch FOX and Philip Morris does nothing about the commercial. (Fifth Commercial) The tell the public that the price of cigarettes has gone up due to export and import between state to state because of gas prices but that is not the consumer's problem. Things need to better be run at these companies as well as the FOX and Philip Morris USA. Cigarettes companies have to better accomodate me the consumer.

### IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Watching of Fifth Commercial raising prices of Cigarettes that is way out of control. The Consumer is not responsible for how much it cost to make a cigarette.

*Rev. 05/2007*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _The relief requesting is_ _the price of cigarettes to go down — for_ _commercial of what cigarettes smoke doesn't to_ _an individual to stop. The responsible for consume_ _to have to worry about cost of making product_ _to stop along with any other reason for_ _it price of cigarettes going up not to stop._ _In light of the complaint I am suing_ _cell parties (or the chillers) dollar each_ _and for the price of cigarettes to go down._

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10_ day of _Nov_, 20 _10_.

Signature of Plaintiff _Jason J. Coleman_

Mailing Address _2235 8th Av. Apt #25_

_New York, N.Y. 10027_

Telephone Number _(212) 663-5025_

Fax Number _(if you have one)_ _____

<u>Note:</u>     All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____